

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00178-CV

| | | |
|---|---|---|
| ENERQUEST OIL & GAS, L.L.C., Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-290089-17) |
| V. | § | April 11, 2019 |
| | § | |
| ANTERO RESOURCES CORPORATION, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT ON REHEARING

After reviewing appellee Antero Resources Corporation's motion for rehearing, we deny the motion. We withdraw our January 31, 2019 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's order overruling EnerQuest's special appearance and render judgment dismissing EnerQuest for lack of personal jurisdiction.

It is further ordered that appellee Antero Resources Corporation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth               
       Chief Justice Bonnie Sudderth